# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Katie Webster, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING STIPULATION** |
| | ) | **OF DISMISSAL WITH PREJUDICE** |
| vs. | ) | |
| | ) | |
| Schweigert Klemin & McBride, P.C., | ) | Case No. 1:18-cv-164 |
| | ) | |
| Defendant. | ) | |

On May 7, 2019, the parties filed a Stipulation of Dismissal with Prejudice. The Court **ADOPTS** the parties' stipulation (Doc. No. 25) and **DISMISSES** the above-entitled action with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2019.

                                                               */s/ Clare R. Hochhalter*
                                                               Clare R. Hochhalter, Magistrate Judge
                                                               United States District Court